UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Augusta Division

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 APR 13  AM 11: 33

CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Reginald Darrell Beale, aka "Rug" | ) Case No: CR109-00073-001 |
| | ) USM No: 14191-021 |
| Date of Original Judgment: August 10, 2010 | ) Jacque D. Hawk |
| Date of Previous Amended Judgment: December 18, 2013 | ) Defendant's Attorney |
| *(Use Date of Last Amended Judgment if Any)* | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __262__ months **is reduced to** __211 months__.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated __August 10, 2010,__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __4/10/2015__

Judge's signature

Effective Date: __November 1, 2015__
*(if different from order date)*

J. Randal Hall
United States District Judge
*Printed name and title*