**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 109-073-01 |
| | * | |
| REGINALD DARRELL BEALE | * | |

---

## O R D E R

---

Presently before the Court is Defendant Reginald Darrell Beale's motion for early termination of supervised release. Beale was sentenced to serve 350 months imprisonment followed by five years of supervised release upon his conviction for conspiracy to possess with intent to distribute and to distribute 50 grams or more of cocaine base and a quantity of cocaine hydrochloride. The sentence was later reduced on three occasions; Defendant was released from custody in March 2025.[1]

Beale has been under the supervision of the United States Probation Office in this district since his release. While he has complied with most conditions of his supervised release,

---

[1] Beale notably stated in his motion that he has been on supervised release for almost three years. Beale did not sign the original typewritten motion, but he later filed a signature page to endorse the facts stated therein. Beale is cautioned that he should not misrepresent facts to the Court in the future.

maintaining steady employment and testing negative on all administered drug tests, he is in arrears in paying his fine and he has taken out four lines of credit without notifying his supervising probation officer. Importantly, Beale has only served 13 months of his 60-month term. For these reasons, the United States Probation Office opposes his motion.

Upon consideration of the foregoing, the Court finds that continuation of Beale's supervised release would benefit not only the community at large but Beale himself. Accordingly, Defendant Reginald Darrell Beale's motion for early termination of supervised release (doc. 648) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this _18th_ day of May, 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

2